UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-82515-RAR
21-CIV-82522-RAR
21-CIV-82529-RAR
21-CIV-82527-RAR

**STRIKE 3 HOLDINGS, LLC**,

    Plaintiff,

v.

**JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 73.128.176.235**,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon Plaintiff's Status Report [ECF No. 6] ("Status Report"). The Plaintiff in the instant action has consented to consolidation of this action with Case Nos. 21-CIV-82522-RAR, 21-CIV-82529-RAR, and 21-CIV-82527-RAR. *Id*. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 21-CIV-82515-RAR, Case No. 21-CIV-82522-RAR, Case No. 21-CIV-82529-RAR,** and **Case No. 21-CIV-82527-RAR** are hereby **CONSOLIDATED.**

2. The Clerk of the Court is instructed to **CLOSE Case Nos. 21-CIV-82522-RAR**, **21-CIV-82529-RAR**, and **21-CIV-82527-RAR** for administrative purposes only.

3. All future filings shall be made under **Case No. 21-CIV-82515-RAR** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of December, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE