**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:21-cv-82515-RAR (Lead Case)**
**9:21-cv-82522-RAR (Trailing Case)**
**9:21-cv-82527-RAR (Trailing Case)**
**9:21-cv-82529-RAR (Trailing Case)**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.138.176.235 an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims against Defendants John Doe subscriber assigned IP address 73.85.17.85; John Doe subscriber assigned IP address 174.48.188.201; and John Doe subscriber assigned IP address 65.34.253.213, are voluntarily dismissed without prejudice.

Dated: March 21, 2022                                           Respectfully submitted,

                                                              **SMGQ LAW**

                                                              By: /s/ *Rachel E. Walker*
                                                              Rachel E. Walker, Esq.
                                                              Florida Bar No.: 111802
                                                              1200 Brickell Ave, Suite 950
                                                              Miami, FL 33131
                                                               Tel.: 305-377-1000
                                                              Fax: 855-327-0391
                                                              Email: RWalker@smgqlaw.com
                                                              *Attorneys for Plaintiff*

**MAMONE VILLALON**

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
Email: Tyler@mvlawpllc.com
Email: Yetian@mvlawpllc.com
*Attorneys for Plaintiff*