UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-82515-RAR

**STRIKE 3 HOLDINGS, LLC**,

    Plaintiff,

v.

**JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 73.138.176.235**,

    Defendant.
_____/

**ORDER DISMISSING JOHN DOE DEFENDANTS WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice of John Doe Defendants [ECF No. 21], filed on March 21, 2022. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants John Doe, subscriber assigned IP address 73.85.17.85; John Doe, subscriber assigned IP address 174.48.188.201; and John Doe subscriber assigned IP address 65.34.253.213 are **DISMISSED** *without prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of March, 2022.

_____
**RODOLFO A. RUIZ II**
UNITED STATES DISTRICT JUDGE
