UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-82515-RAR (Lead Case)
9:21-cv-80259-RAR (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.10.186.123 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.10.186.123, are voluntarily dismissed with prejudice.

Dated: April 13, 2022      Respectfully submitted,

    SMGQ LAW

    /s/ *Rachel E. Walker*
    RACHEL E. WALKER (FL Bar No. 111802)
    1200 Brickell Ave, Suite 950
    Miami, FL 33131
    Telephone: 305-377-1000
    Fax: 855-327-0391
    Primary Email: rwalker@smgqlaw.com

    *Attorneys for Plaintiff*